**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2134**

ROSE ADANMA DURU,

Plaintiff - Appellant,

v.

PRESIDENT TRUMP ADMINISTRATION; U.S. CIVIL COURT ADMINISTRATORS; U.S. COURT OF APPEALS; MARK LANGLEY, Court Clerk U.S. Court of Appeals; OFFICE OF THE CLERK, United States District Court-DC; ANGELA D. CAESAR, Clerk of Court U.S. District Court-DC; DEPUTY CLERKS OF U.S. COURTHOUSE-DC; U.S.P.S., Marietta, Georgia; U.S.P.S., Dallas, Texas; U.S.P.S., San Francisco, CA; INTERNAL REVENUE SERVICE; SOCIAL SECURITY ADMINISTRATION-SSA; THE STATE DEPARTMENT OF THE UNITED STATES OF AMERICA; REX TILLERSON, Former Secretary of State 2017; CHARLES SCHWAB, 401K/IRA; JODI MADDOX, Schwab; GEOFFREY BECKHAM, Schwab; MELINDA LOUIE, Schwab; MR. CHARLES SCHWAB, Schwab; BANK OF AMERICA, U.S.A. Inc.; BANK OF AMERICA, Northbrook, IL; HCA HEALTHCARE CORPORATION OF AMERICA, North Texas Division; HCA HEALTHCARE CORPORATION OF AMERICA, Corporate Headquarters-One Park Plaza; THE NORTHERN TRUST COMPANY; RANDALL A. CONSTANTINE; MAZURSKY CONSTANTINE, LLC; OFFICE OF ATTORNEY GENERAL, Texas; COURT ADMINISTRATOR, State of Texas Judicial Court; STATE OF TEXAS-JUDICIAL COURT; LAW FIRM- SESSIONS, FISHMAN, NATHAN AND ISRAEL, LLP; CHRISTOPHER P. RICHIE, Attorney; DAVID R. CLOUSTON, Attorney; LESLYE E. MOSLEY, Attorney; PATHWAYS TO HOUSING DC; NATHALIA CIBOLTI, Pathways to Housing District of Columbia Government Outreach Specialist; THE CITY OF WASHINGTON, DC DISTRICT OF COLUMBIA GOVERNMENT; H & R BLOCK U.S.A, INC.; H & R BLOCK ADVISORS; H & R BLOCK BAILEY'S CROSSROADS CENTER; UN-NAMED BLACK FEMAL CO-DEFENDANT BAILEY'S CROSSROADS CENTER; KAISER FAMILY FOUNDATION; KAISER PERMANENTE U.S.A. INC.; KAISER PERMANENTE NORTHERN CA; KAISER PERMANENTE SOUTHERN CA; KAISER PERMANENTE COLORADO; KAISER PERMANENTE MARYLAND; KAISER PERMANENTE

GEORGIA; THE SOUTHEAST PERMANENTE MEDICAL GROUP-TSPMG; KAISER PERMANENTE CAPITOL HILL; KAISER PERMANENTE VIRGINIA; THE PERMANENTE FEDERATION, LLC; KAISER PERMANENTE VENTURE INVESTMENTS; HENRY J. KAISER, of Kaiser Family Foundation; KIM KAISER, of Kaiser Family Foundation; KERRY KOHNEN, of KPGA; HENRIETTA KING, of KPGA/TSPMG; DR. ROBERT "ROB" SCHREINER; CRAIG FAERBER, of KPGA; DR. MICHAEL F. DOHERTY, of KPGA; UN-NAMED CO-DEFENDANT- WHITE FEMALE PHYSICIAN EXECUTIVE-KPGA; H&R BLOCK EASTERN ENTERPRISES, INC.; STATE OF TEXAS DISTRICT COURT CLERK; STATE OF TEXAS DISTRICT COURT ADMINISTRATOR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:19-cv-00874-LO-TCB)

Submitted:  February 20, 2020                    Decided:  February 24, 2020

Before RUSHING, Circuit Judge, and TRAXLER, Senior Circuit Judge.[*]

Affirmed by unpublished per curiam opinion.

Rose Adanma Duru, Appellant Pro Se.  Leslie Paul Machado, O'HAGAN MEYER PLLC, Alexandria, Virginia; Wendy Cohen McGraw, HUNTON ANDREWS KURTH, LLP, Norfolk, Virginia; Anthony J. Durone, BERKOWITZ OLIVER LLP, Kansas City, Missouri, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

---

[*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2018).

PER CURIAM:

Rose Adanma Duru appeals the district court's order granting Defendants' motion to dismiss her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Duru v. President Trump Admin.*, No. 1:19-cv-00874-LO-TCB (E.D. Va. Sept. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*